UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHIA-CHUN HSU,<br><br>    Plaintiff,<br>v.<br><br>CS BIO COMPANY, INC.,<br><br>    Defendant. | Case No. 5:13-cv-05417-PSG<br><br>**ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 15)** |

The docket reflects the failure of either party to submit a case management statement or attend the case management conference scheduled for this morning. No later than May 20, 2014, Plaintiff Chia-Chun Hsu shall show cause in writing why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED**

Dated: May 6, 2014

PAUL S. GREWAL
United States Magistrate Judge